# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CR-137-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JAMES MICHAEL HARDIN, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal" (Document No. 141) filed August 26, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Government's Response to Defendant's Motion to Reduce Sentence contains sensitive and private information that is inappropriate for public access, including medical and personal identifying information. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 141) is **GRANTED**, and the Government's Response to Defendant's Motion to Reduce Sentence (Document No. 140) is sealed until further Order of this Court.

Signed: August 26, 2020

David C. Keesler
United States Magistrate Judge