IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00137-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES MICHAEL HARDIN (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the defendant's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act, (Doc. No. 137), the government's response in support, (Doc. No. 141), and the defendant's reply, (Doc. No. 142).

Based on the entire record in this case, the Court finds extraordinary and compelling reasons to warrant a reduction in sentence. The Court further finds that such reduction is consistent with applicable policy statements issued by the Sentencing Commission.

**IT IS, THEREFORE, ORDERED** that the defendant's motion for compassionate release, (Doc. No. 137) is **GRANTED** and the defendant's sentence of imprisonment is reduced to the time served plus up to 10 days to process his release.

**IT IS FURTHER ORDERED** that based on the risk that the defendant has been exposed to COVID-19 while in custody, (Doc. No. 137: Motion at 12), the defendant shall self-quarantine at his residence for fourteen (14) days following his

release from custody as a condition of supervised release. All other terms and conditions previously imposed remain unchanged.

The Clerk is directed to certify copies of this Order to the defendant, the Federal Defender, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

Signed: August 27, 2020

Robert J. Conrad, Jr.
United States District Judge