IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CR-137-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMES MICHAEL HARDIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion To Seal" (Document No. 138) filed August 11, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Motion for Compassionate Release contains sensitive and private information that is inappropriate for public access, including medical information. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion To Seal" (Document No. 138) is **GRANTED**, and Defendant's Motion For Compassionate Release (Document No. 137) is sealed until further Order of this Court.

Signed: September 16, 2020

David C. Keesler
United States Magistrate Judge